UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jill H. Coffman, | No. 2:23-cv-02495-KJM-DB |
| Petitioner, | ORDER |
| v. | |
| UPS Supply Chain Solutions, Inc., | |
| Respondent. | |

Petitioner Jill H. Coffman, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, and Respondent UPS Supply Chain Solutions, Inc., are both granted leave to file Memoranda of Points and Authorities in Support of (as to Petitioner) and in Opposition to (as to Respondent) the Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. § 160(j), exceeding the page limits imposed by either Local Rule 230 or the Order entered in this case at ECF Docket No. 5-1.  Specifically, each party may file a memorandum of up to 38 pages or less. Respondent's opposition brief shall be filed by November 16, 2023, and Petitioner's reply brief shall be filed by November 22, 2023.

A hearing on the petition for injunctive relief is set for **Friday December 1, 2023, at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

DATED:  November 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE