UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jill H. Coffman, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>UPS Supply Chain Solutions, Inc.,<br><br>Respondent. | No. 2:23-cv-02495-KJM-DB<br><br>ORDER |

The court is in receipt of the Declaration of Phitsana Daniels Regarding Compliance with the Order, ECF No. 25, and the Declaration of Paul Carrillo Regarding Compliance with the Order, ECF No. 26. The court orders the parties to show cause within 7 days of the date of this order as to why, in light of the declarations asserting compliance, this case should not be closed in its entirety.

IT IS SO ORDERED.

DATED: February 6, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1