UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jill H. Coffman,<br><br>          Petitioner,<br><br>   v.<br><br>UPS Supply Chain Solutions, Inc.,<br><br>          Respondent. | No. 2:23-cv-02495-KJM-DB<br><br>ORDER |

      On February 6, 2024, the parties were directed to show cause within seven (7) days as to why, given the declarations asserting compliance with this court's prior order, *see* Prior Order (Jan. 3, 2024), ECF No. 23, this case should not be closed in its entirety.  *See* OSC, ECF No. 27. The response deadline has now passed and only respondent UPS Supply Chain Solutions, Inc. replied.  *See* Resp't Resp., ECF No. 28.

      Given Phitsana Daniels' and Paul Carrillo's declarations showing compliance with this court's prior order, *see* ECF Nos. 25 and 26, respondent's request to close the case, *see* Resp't Resp., and petitioner's non-response to the order to show cause, the court hereby directs the Clerk of Court to **close** the case.

      IT IS SO ORDERED.

DATED:  February 26, 2024.

                                                              CHIEF UNITED STATES DISTRICT JUDGE